**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6496**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONNELL EDWARD CALLAHAM,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (1:08-cr-00052-JPJ-RSB-1)

Submitted: August 31, 2017                    Decided: September 21, 2017

Before GREGORY, Chief Judge, and KEENAN and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donnell Edward Callaham, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Edward Callaham appeals the district court's order denying his 18 U.S.C. § 3664(h) (2012) motion to modify the restitution order imposed after his criminal conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Callaham*, No. 1:08-cr-00052-JPJ-RSB-1 (W.D. Va. May 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*